UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 02-cr-00329-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAVID V. AGUILAR,
2. ALBERT M. ADARGAS,
3. **JOSEPH A. LAROSA,**
4. JESUS T. ANGUIANO,
5. ALFREDO ADARGAS-CORTEZ,
6. NORMA GABRIELA SANCHEZ-LOZA,
7. MICHAEL A. RUBIO,

      Defendants.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release for Defendant Joseph A. Larosa will be held on **January 10, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 19th day of December, 2006

                                        **BY THE COURT:**

                                        *Marcia S. Krieger* (signature)

                                        Marcia S. Krieger
                                        United States District Judge